■ HOSAM ALRQIQ, Appellant, v NEW YORK UNIVERSITY et al., Respondents. [6 NYS3d 917]—Order, Supreme Court, New York County (Doris Ling-Cohan, J.), entered February 20, 2014, which granted defendants' motion to dismiss the complaint, unanimously affirmed, without costs.

The court properly dismissed the complaint wherein plaintiff alleges that he was subjected to discrimination on account of his race, religion, and national origin when he was not admitted to the Orthodontics Residency Program at New York University. Although "couched in terms of unlawful discrimination," the complaint is "a challenge to a university's academic and administrative decision[ ] and thus is barred by the four-

month statute of limitations for a CPLR article 78 proceeding, the appropriate vehicle for such a challenge" (*Padiyar v Albert Einstein Coll. of Medicine of Yeshiva Univ.*, 73 AD3d 634, 635 [1st Dept 2010], *lv denied* 15 NY3d 708 [2010]).

We have considered plaintiff's remaining contentions, and find them unavailing. Concur—Acosta, J.P., Saxe, DeGrasse and Richter, JJ.